IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

GARRY S. TUCKER,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-1644

Opinion filed July 12, 2017.

Petition for Belated Appeal -- Original Jurisdiction.

Robert A. "Gus" Harper, III of the Harper Law Firm, P.A., Tallahassee, for Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      DISMISSED.  See Fla. R. App. P. 9.141(c)(5)(A).

ROBERTS, OSTERHAUS, and M.K. THOMAS, JJ., CONCUR.